**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 170 EAL 2015
:
                  Respondent  :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
           v.                :
:
:
:
BENJAMIN COOPER, :
:
                  Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.